FILED

04/15/2020

Bowen Greenwood
CLERK OF THE SUPREME COURT
STATE OF MONTANA

Case Number: DA 19-0616

## IN THE SUPREME COURT OF THE STATE OF MONTANA

## Case No. DA 19-0616

CHERYL HOLDEN RICE,

Plaintiff/Appellant,

JOHN KEELEY, JOAN KEELEY,

Defendants/Appellees.

On Appeal from the Montana Twenty-First Judicial District Court
Ravalli County, Cause No. DV-18-132
Before Hon. Howard F. Recht

## ORDER

This comes to the Court upon the Unopposed Motion to Withdraw as Counsel of Record and Consent to Withdrawal, and with good cause appearing,

IT IS HEREBY ORDERED that Robert Erickson, Kristin Bannigan and the law firm of Rhoades Siefert & Erickson PLLC are withdrawn as counsel of record for Plaintiff/Appellant Cheryl Holden Rice.  Any future notices and pleadings shall be served on Cheryl Holden Rice as follows:

Cheryl Holden Rice
329 El Capitan Loop
Stevensville, MT  59870

Electronically signed by:
Mike McGrath
Chief Justice, Montana Supreme Court
April 15 2020